UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00205-05** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DREKEYLONE PETERS (05)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MEMORANDUM ORDER**

Before the Court is Defendant's *Rule 12(b)(4)(B) Request for Notice of the Government's Intent to Use (In Its Evidence-In-Chief at Trial) any Evidence that the Defendant May [be] Entitled to Discover Under Rule 16* (Rec. Doc. 91). The Government responded (Rec. Doc. 107).

Defendant seeks an order compelling the Government to notify him of evidence it intends to introduce in its case in chief at trial pursuant to Federal Rule of Criminal Procedure rule 12(b)(4)(B), which states:

> At the arraignment or as soon afterward as practicable, the defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Rule 16.

Defendant submitted a request for discovery (Rec. Doc. 92), and the Government states that it will or has timely provided responses. Further, the

Government states that it intends to use all admissible evidence in its case in chief and to provide the notices required by Fed. R. Evid. 404(b) in accordance with the Court's scheduling order, which establishes the deadline for such notices as March 14, 2024, one month before the deadline to file motions to suppress. (Government's statement at Rec. Doc. 107, ¶5; scheduling order at Rec. Doc. 106). Accordingly,

IT IS ORDERED that Defendant's Rule 12(b)(4)(B) Request for Notice (Rec. Doc. 91) is DENIED.

Signed at Lafayette, Louisiana on this 17th day of October, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE