**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00205-05** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DREKEYLONE PETERS (05)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The issue of Defendant's mental competency was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant, Drekeylone Peters, is mentally competent to proceed.

Signed at Lafayette, Louisiana, this 4th day of June, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE